Ryan Koppelman (California Bar No. 290704)
Ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Ave, 5th Floor
East Palo Alto, CA  94303
Telephone:  650-838-2000

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZAZZLE, INC.,<br><br>　　　　Defendant. | **CASE NO. 3:18-CV-3843 JST**<br><br>Honorable Jon S. Tigar<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 45 DAYS (L.R. 6-1(A))**<br><br>Complaint Served:  July 2, 2018<br>Current Response date:  July 23, 2018<br>New Response Date:  September 6, 2018 |

## STIPULATION

WHEREAS on June 27, 2018, Plaintiff Atari Interactive, Inc. filed its Complaint (Doc. No. 1);

WHEREAS Defendant Zazzle Inc. was served with the Complaint on July 2, 2018 (Doc. No. 14);

WHEREAS the parties have agreed to an extension to defendant's deadline to file a responsive pleading to the Complaint through and including September 6, 2018, to provide defendant with the opportunity to prepare an adequate response to the Complaint and to discuss the possibility of an early resolution to this matter;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel, that:

Defendant shall respond to the Complaint on or before September 6, 2018.

IT IS SO STIPULATED.

The CM/ECF filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: July 16, 2018                    ALSTON & BIRD LLP

By:   /s/ Ryan W. Koppelman
      Ryan W. Koppelman
      Attorneys for Defendant Zazzle Inc.

Dated: July 16, 2018                    BROWNE GEORGE ROSS LLP

By:   /s/ Keith J. Wesley
      Keith J. Wesley
      Ivy A. Wang
      Attorneys for Plaintiff Atari Interactive, Inc.