Ryan Koppelman (State Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Ave, 5th Floor
East Palo Alto, CA 94303
Telephone: 650-838-2000
E-mail: *ryan.koppelman@alston.com*

Jason D. Rosenberg (Admitted *pro hac vice*)
Mary Grace Gallagher (Admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street Atlanta, GA 30309
Telephone: 404-881-7000
Email: *jason.rosenberg@alston.com*
Email: *marygrace.gallagher@alston.com*

Attorneys for Defendant Zazzle Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ZAZZLE, INC.,<br><br>  Defendant. | **CASE NO. 3:18-CV-03843 JST**<br><br>Honorable Jon S. Tigar<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 40 DAYS (L.R. 6-1(A))**<br><br>Complaint Served: July 2, 2018<br>Current Response date: September 6, 2018<br>New Response Date: October 16, 2018 |

## STIPULATION

WHEREAS on June 27, 2018, Plaintiff Atari Interactive, Inc. filed its Complaint (Doc. No. 1);

WHEREAS Defendant Zazzle Inc. was served with the Complaint on July 2, 2018 (Doc. No. 14);

WHEREAS the parties stipulated to an extension to defendant's deadline to file a responsive pleading to the Complaint through and including September 6, 2018;

WHEREAS the parties have now agreed to mediate this matter in the hopes of reaching an early, amicable resolution;

WHEREAS, the parties believe an additional extension of forty (40) days will allow them sufficient time to engage the services of a mediator and conduct a mediation;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel, that:

Defendant shall respond to the Complaint on or before October 16, 2018.

IT IS SO STIPULATED.

The CM/ECF filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: September 5, 2018          ALSTON & BIRD LLP

By:   /s/Jason D. Rosenberg
      Jason D. Rosenberg
      Attorneys for Defendant Zazzle Inc.

Dated: September 5, 2018          BROWNE GEORGE ROSS LLP

By:   /s/Keith J. Wesley
      Keith J. Wesley
      Ivy A. Wang
      Attorneys for Plaintiff Atari Interactive, Inc.

# CERTIFICATE OF SERVICE

I, Jason D. Rosenberg, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.

2. My business address is Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309.

3. On September 5, 2018, I caused a copy of the **Stipulation** to be served upon the following counsel via the Court's CM/ECF system:

    Attorneys for Plaintiff Atari Interactive, Inc.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on the 5th day of September, 2018, at Atlanta, Georgia.

    /s/Jason D. Rosenberg
    Jason D. Rosenberg,