# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.<br>Plaintiff(s)<br>v.<br><br>ZAZZLE, INC.<br>Defendant(s) | CASE No C 3:18-cv-03843-JST<br><br>[Related to Case Nos. 3:18-cv-03451- JST; 3:18-cv-04949-JST & 3:18-cv-04115-JST]<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
  The parties held a full-day private ADR session with JAMS on October 11, 2018.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:
  Given that the parties have already held a mediation in this matter, no further ADR session is required. The parties are free to engage in further voluntary ADR efforts at their discretion.

Date: October 22, 2018          /s/ Ivy A. Wang
                                Attorney for Plaintiff

Date: October 22, 2018          /s/ Jason Rosenberg
                                Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: October 23, 2018          _____
                                U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

