1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Ivy A. Wang (State Bar No. 224899)
3    iwang@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, California 90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  Attorneys for Plaintiff Atari Interactive,
   Inc.

7

8              UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 ATARI INTERACTIVE, INC.,            Case No. 3:18-cv-03843-JST
                                       [*Related to Case Nos. 3:18-cv-03451-JST;*
12           Plaintiff,                *3:18-cv-04115-JST; 4:18-cv-04949-JST*]

13      vs.                            Hon. John S. Tigar

14 ZAZZLE, INC.,                       **NOTICE OF VOLUNTARY
                                       DISMISSAL WITH PREJUDICE
15           Defendant.                PURSUANT TO FEDERAL RULE OF
                                       CIVIL PROCEDURE 41(A)(1)(A)(i)**

16 AND RELATED ACTIONS

17

18

19

20

21

22

23

24

25

26

27

28

1164807.1

Case No. 3:18-cv-03843-JST
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(i)

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Atari

2  Interactive, Inc. hereby submits notice of its dismissal of the above-entitled action

3  with prejudice, with all parties to bear their own costs and fees.  (This dismissal

4  relates solely to the *Atari v. Zazzle* case; the related cases remain pending.)

5

6  DATED:  December 5, 2018              Respectfully submitted,

7                                                          BROWNE GEORGE ROSS LLP
8                                                               Keith J. Wesley
                                                                 Ivy A. Wang
9

10

11                                                      By:    ___/s/ Keith J. Wesley_____

12                                                                Keith J. Wesley
                                                          Attorneys for Plaintiff Atari Interactive, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(i)